**United States Bankruptcy Court**
District of

**Voluntary Petition**

| Name of Debtor (If individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| Burrow, Floyd R. | |
| All Other Names used by the debtor in the last 6 years (include married, maiden and trade names): | All Other Names used by the joint debtor in the last 6 years (include married, maiden and trade names): |
| Soc. Sec./Tax I.D. No. (If more than one, state all): 7426 | Soc. Sec./Tax I.D. No. (If more than one, state all): |
| Street Address of Debtor (No. and street, city, state, zip): 5670 W. Lake Street Apt # 918 Chicago, IL 60644 | Street Address of Joint Debtor (No. and street, city, state, zip): |
| County of Residence or Principal Place of Business: Cook | County of Residence or Principal Place of Business: |
| Mailing Address of Debtor (If different from street address): | Mailing Address of Joint Debtor (If different from street address): |
| Location of Principal Assets of Business Debtor (If different from addresses listed above) | |

## Information Regarding Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
☒ Debtor has been domiciled or has had a residence, principal place of business or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner or partnership pending in this district

**Type of Debtor** (Check all boxes that apply)
☒ Individual        ☐ Railroad
☐ Corporation       ☐ Stockbroker
☐ Partnership       ☐ Commodity Broker
☐ Other

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
☒ Chapter 7    ☐ Chapter 11    ☐ Chapter 13
☐ Chapter 9    ☐ Chapter 12
☐ § 304-Case ancillary to foreign proceeding.

**Nature of Debt** (Check one box)
☒ Consumer/Non-Business    ☐ Business

**Filing Fee** (Check one box)
☐ Full Filing Fee attached.
☒ Filing Fee to be paid in installments (Applicable to individuals only)

**Chapter 11 Small Business** (Check all boxes that apply)
☐ Debtor is a small business as defined in 11 U.S.C. § 101.
☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3

**Statistical/Administrative Information** (Estimates Only)
☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

SPACE FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | | | | | | |
|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $100 million | More than $100 million |
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | | | | | | |
|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $100 million | More than $100 million |
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

# Voluntary Petition
*(This page must be completed and filed in every case)*

**Name of Debtor(s):**

## Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location Where Filed: | Northern District of Illinois | Case Number: | Date Filed: 4/2009 |

## Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet.)

| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *Floyd R. Burrow - Pro Se*
Signature of Debtor

X
Signature of Joint Debtor

(773) 994-7254
Telephone (If not represented by attorney)

01/04/2009
Date

### Signature(s) of Debtor(s) (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

If debtor is a corporation filing under chapter 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Print or Type Name of Authorized Individual

_____
Title of Authorized Individual by Debtor to File this Petition

_____
Date

### Signature of Attorney

X _____
Signature of Attorney for Debtor(s)

_____
Printed Name of Attorney for Debtor(s)

_____
Firm Name

_____
Address

_____
Telephone Number
Date

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other Individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

### EXHIBIT A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made part of this petition.

### EXHIBIT B

(To be completed if debtor is an for individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)    Date

B 1D (Official Form 1, Exhibit D) (12/08)

# UNITED STATES BANKRUPTCY COURT

In re _Burrow, Floyd R._       Case No. _____
        Debtor                                    *(if known)*

### EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☐ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

B 1D (Official Form 1, Exh. D) (12/08) – Cont.                                                          Page 2

☑ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

*The Credit Counseling agency schedules a monthly class for Certification of debts, which do not have a computer, and/or are not computer literate. "I am not computer literate and therefore I am forced to take the next available class which is scheduled for 05/14/2009*

If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: *Lloyd R. Burns*
Date: 04/14/2009

B6D (Official Form 6D) (12/07) – Cont.                                                                                     2

In re  Burrow, Floyd L.,                    Case No. _____
              Debtor                                                (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. N/A | | | N/A  VALUE $ | | | | N/A | N/A |
| ACCOUNT NO. N/A | | | N/A  VALUE $ | | | | N/A | N/A |
| ACCOUNT NO. N/A | | | N/A  VALUE $ | | | | N/A | N/A |
| ACCOUNT NO. N/A | | | N/A  VALUE $ | | | | N/A | N/A |
| ACCOUNT NO. N/A | | | N/A  VALUE $ | | | | N/A | N/A |

Sheet no ___ of ___ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal(s) ▶ (Total(s) of this page)     $ N/A     $ N/A

Total(s) ▶ (Use only on last page)     $ N/A     $ N/A

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (12/07) – Cont.

In re __Borrow, Floyd R._____,  Case No. _____
       Debtor                                                                         (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br> N/A | | | N/A | | | | N/A | N/A | N/A |
| Account No. <br> N/A | | | N/A | | | | N/A | N/A | N/A |
| Account No. <br> N/A | | | N/A | | | | N/A | N/A | N/A |
| Account No. <br> N/A | | | N/A | | | | N/A | N/A | N/A |

Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals▶ (Totals of this page)  $ N/A   $ N/A   N/A

Total▶ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)  $ N/A

Totals▶ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)  $ N/A   $ N/A

In re: Burrow, Floyd R

Debtor(s)                    Case No. _____ (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C/U/D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| A/C # 100351830 Austin Bank of Chicago 5645 W. Lake Street Chicago, IL 60644-1977 | | | 07/05/2007 Checking Account | | $1,893.96 |
| A/C # 604-129952 America's Financial Choice 6 N. Austin Blvd Oak Park, IL 60302 | | | Pay Day loan 07/01/2007 | | $1,281.64 |
| A/C # 14991 Sun Cash of Wisconsin Chicago, IL 60639 (773) 237-3131 | | | Pay Day loan 10/17/01 | | $890.00 |
| A/C # 09181 Payday loan - Chicago Chicago, IL 60651 (773) 486-5400 | | | Pay Day loan 10/16/01 | | $2,389.00 |
| A/C # 11488 Chk into Cash - 04031 Chicago, IL 60635 (773) 237-4121 | | | Pay Day loan 09/25/01 | | $1,563.00 |
| A/C # 225708 Loan Point USA 1(800) 351-8820 | | | Pay Day loan 07/25/07 | | $1,365.00 |
| A/C # Piggy Back Cash loans.com East Side Lenders 103 Foulk Rd. Wilmington, DE 18903 | | | Pay Day loan 07/05/07 | | $1,475.00 |
| A/C # 100351830 Sign My Loan.com GR Enterprises (GRE) 1(877) 995-1402 | | | Pay Day loan 06/22/07 | | $1,361.00 |
| A/C # 8133560 Geneva Roth Ventures (800) 351-8820 x 224 (800) 351-8822 | | | Pay Day loan 07/03/07 | | $1,172.00 |

Sheet no. ___ of ___ sheets attached to Schedule of Creditors Holding Nonpriority Claims.

Subtotal -> (Total of this page) $13,340.60

Total -> $

\* If husband, enter H; if wife, enter W; if joint enter J, if community, enter C.

\*\* If contingent, enter C; if unliquidated, enter U; if disputed, enter D.

(use only on last page of completed Schedule F.)

Form B6 F 9-97

In re: Barrow, Floyd R
_____
Debtor(s)    Case No. _____ (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| A/C # 760719 P<br>Chicago Housing Authority<br>74 E 43rd St.<br>Chicago, IL 60653 | | | Rental lease<br>05/01/2009<br>(312) 742-8500 | | $1,911.00 |
| A/C # 003458 8837<br>Task American<br>P.O. Box 2356<br>Omaha NE 68103-2356<br>1(877) 536-7968 | | | Telephone Co.<br>03/15/2007 | | $450.00 |
| A/C # 245649<br>TSI<br>P.O. Box 247168<br>Columbus, OH 43224-7168 | | | Telephone Co<br>06/15/2006 | | $560.00 |
| A/C # 50754867<br>T Mobile<br>P.O. Box 742596<br>Cincinnati, OH 45274-2596 | | | Telephone Co.<br>02/15/2008 | | $750.00 |
| A/C #<br>AT&T Consumer Services<br>P.O. Box 1300<br>West Chicago IL 60186<br>1(866)334-1039 | | | Telephone Co.<br>03/15/2003 | | $850.00 |
| A/C # 723583747<br>Fifth Third Bank<br>840 S. Oak Park Ave<br>Oak Park, IL<br>1(708) 848-6700 | | | Checking Account<br>06/15/2007 | | $950.00 |
| A/C # 01623526<br>Allied Interstate<br>P.O. Box 523<br>New York, NY 10163<br>1(800) 706-0439 | | | Charge Card<br>02/11/2009 | | $9.35 |
| A/C # 05M/683878<br>City of Chicago<br>Department of Water<br>City Hall<br>Chicago, IL 60606 | | | Water bill - Judgment<br>5542 W. Congress Pkwy<br>Chicago, IL 60644 | | $4,000.00 |
| A/C # | | | | | |

_____ Continuation Sheets attached.

Subtotal -> (Total of this page)    $4,530.35

Total ->    $ .

\* If husband, enter H; if wife, enter W; if joint enter J, if community, enter C.

\*\* If contingent, enter C; if unliquidated, enter U; if disputed, enter D.

(use only on last page of completed Schedule F.)

B6F (Official Form 6F) (12/07) - Cont.

In re __Burrow, Floyd R._____,         Case No. _____
                Debtor                                      (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4506653059 <br> Charter One Bank <br> 8/c S. Oak Park Ave <br> Oak Park, IL 60301 <br> 1(877) 242-7837 | | | 01/2006 <br> Checking A/c | | | | $600.00 |
| ACCOUNT NO. 7235283467 <br> Fifth 3rd Bank <br> 724 Harrison <br> Oak Park, IL 60301 <br> 1(708) 524-2325 | | | 03/2006 <br> Checking A/c | | | | $700.00 |
| ACCOUNT NO. 000022413892203 <br> Chase Bank <br> 1048 W. Lake St. <br> Oak Park, IL 60301 <br> 1(708) 524-3514 | | | 06/2005 <br> Checking Account | | | | $3,800.00 |
| ACCOUNT NO. 074410840 <br> AFNI, Inc. <br> 404 Brock Dr. <br> P.O. Box 3517 <br> Bloomington, IL 61702 | | | 02/25/2009 <br> Checking Account <br> Charter One Bank | | | | $557.89 |
| ACCOUNT NO. <br> Sanford Kahn, LTD <br> 180 N. LaSalle Street <br> Chicago, IL 60601 <br> (312) 263-6778 | | | 03/03/2009 <br> Law Firm | | | | $1,800.00 |

Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $7,457.89

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)    30,328.84